MARY NIKITA MITCHELL
Attorney at Law
California State Bar No.: 171245
11622 El Camino Real, Ste.100
San Diego, CA 92130
(858) 794-7003 (858) 794-0525fax

Attorney for Plaintiff
NOELLA SCHNELL

ORIGINAL

FILED
06 SEP 14 AM 10:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLA SCHNELL )<br>　Plaintiff, )<br>　　　　　　　　　　　　　)<br>VS. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>JO ANNE B. BARNHART )<br>COMMISSIONER OF 　　　)<br>SOCIAL SECURITY 　　　　)<br>ADMINISTRATION, 　　　　)<br>　Defendant. 　　　　　　　)<br>　　　　　　　　　　　　　) | CASE NO.: 05CV2251 BEN (LSP)<br><br>STIPULATION FOR EXTENSION<br>OF PRETRIAL MOTION CUT-OFF,<br>AND PROPOSED ORDER THEREON |

IT IS HEREBY STIPULATED by and between Plaintiff NOELLA SCHNELL and Defendant JO ANNE B. BARNHART, Commissioner of the Social Security Administration, through their respective counsel, that the time for the parties' pretrial motions to be heard shall be extended an additional 90 days until December 8, 2006.

Good cause exists for this extension for the following reasons:

1. This is an action brought pursuant to 42 U.S.C. 405(g), for judicial review of an administrative decision under the Social Security Act. Because the parties intend to file cross-motions for summary judgment, additional time is needed to prepare and file their respective motions.

2. The parties request additional time as a matter of professional courtesy to accommodate their respective trial and case schedules. Plaintiff's counsel is a sole practitioner assisting illiterate, indigent and elderly clients with disability cases.

3. The parties' proposed order is submitted herewith.

Dated: September 11, 2006

MARY NIKITA MITCHELL,
Attorney for Plaintiff

Dated:             , 2006

CAROL C. LAM
United States Attorney

THOMAS STAHL
Assistant U.S. Attorney
Chief Civil Division

(BY FAX)

Special Assistant, U. S. Attorney
Attorneys for Defendant

Jean M. Turk

ORDER

IT IS SO ORDERED.

DATED: Sept 14, 2006

MAGISTRATE Judge of the District Court

(05CV2251)