# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Schnell

            V.                      **JUDGMENT IN A CIVIL CASE**

Barnhart

                                  CASE NUMBER:    05cv2251 BEN(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court adopts the Report and Recommendations denies Plaintiff's Motion for Summary Judgment and grants Defendant's Motion for Summary Judgment..................................................................................

| March 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                  S/J. Hathaway
                                  (By) Deputy Clerk

                                  ENTERED ON March 20, 2007